```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

PAMALLA BAKKER,                 )
                                )
            Plaintiff,          )           4:08CV3101
                                )
       v.                       )
                                )
US FOODS, LLC,                  )           ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

Defendant's motion to amend the spelling of the plaintiff's name to Pamalla Bakker, filing 6, is granted and the caption is amended accordingly.

DATED this 19th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge