```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

PAMALLA BAKKER,               )
                              )
           Plaintiff,         )         4:08CV3101
                              )
      v.                      )
                              )
US FOODS, LLC,                )         ORDER
                              )
           Defendant.         )
                              )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the Rule 26 planning conference report is extended to July 11, 2008.

DATED this 25th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge