```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PAMALLA BAKKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3101 |
| | ) | |
| V. | ) | |
| | ) | |
| US FOODS, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion for an order withdrawing Allen M. Tate as counsel for defendant, filing 27, is granted. The clerk shall delete Allen M. Tate from any future ECF notifications herein.

Robert B. Evnen, and the law firm of Woods & Aitken, LLP, remain counsel of record for defendant US Foods, LLC.

DATED this 2nd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge